UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
GMAT Legal Title Trust 2013-1, U.S. Bank National Association, as Legal Title Trustee

Order Filed on December 27, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 15-27925 KCF

In Re:
    Christopher A. James, Lillith James,

Debtors.

Adv. No.:

Hearing Date: 11/28/18 @ 9:00 a.m.

Judge: Katherine C. Ferguson

### ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

    The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: December 27, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**(Page 2)**
Debtor:  Christopher A. James, Lillith James
Case No:  15-27925 KCF
Caption of Order:  ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, GMAT Legal Title Trust 2013-1, U.S. Bank National Association, as Legal Title Trustee, Denise Carlon, Esq. appearing, upon a motion to vacate the automatic stay as to real property located at 222 Oliver Avenue, Trenton, NJ 08618, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Candyce Illene Smith-Sklar, Esq., attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of December 14, 2018 Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due October 2018 through December 2018 for a total post-petition default of $3,569.34 (3 @ $1,403.20 less $640.26 in suspense); and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $3,569.34 will be paid by Debtor remitting $594.89 per month in addition to the regular monthly mortgage payment, which additional payments shall begin on January 1, 2019 and continue for a period of six months until the post-petition arrears are cured; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume January 1, 2019, directly to Secured Creditor's servicer, Specialized Loan Servicing, LLC, P.O. Box 636007, Littleton, Colorado 80163 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if the lump sum payment or any regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $181.00 for filing fees, totaling $531.00, which is to be paid through Debtors' Chapter 13 plan; and

**(Page 3)**
Debtor:  Christopher A. James, Lillith James
Case No:  15-27925 KCF
Caption of Order:  ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY
_____

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:  
Christopher A. James  
Lillith James  
    Debtors

Case No. 15-27925-KCF  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Dec 28, 2018  
                        Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2018.  
db/jdb         +Christopher A. James,    Lillith James,    222 Oliver Avenue,    Trenton, NJ 08618-2823

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 28, 2018 at the address(es) listed below:
          Albert    Russo    docs@russotrustee.com  
          Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com  
          Candyce Ilene Smith-Sklar    on behalf of Debtor Christopher A. James mail@njpalaw.com  
          Candyce Ilene Smith-Sklar    on behalf of Joint Debtor Lillith    James mail@njpalaw.com  
          Denise E. Carlon    on behalf of Creditor     Specialized Servicing LLC, as servicing agent for GMAT  
           Legal Title Trust 2013-1, U.S. Bank National Association, as Legal Title Trustee  
           dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
          Francesca Ann Arcure    on behalf of Creditor     Specialized Servicing LLC, as servicing agent for  
           GMAT Legal Title Trust 2013-1, U.S. Bank National Association, as Legal Title Trustee  
           NJ_ECF_Notices@McCalla.com,    NJ_ECF_Notices@McCalla.com  
          Francesca Ann Arcure    on behalf of Creditor     SPECIALIZED LOAN SERVICING LLC  
           NJ_ECF_Notices@McCalla.com,    NJ_ECF_Notices@McCalla.com  
          John R. Morton, Jr.    on behalf of Creditor     Credit Acceptance Corporation  
           ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com  
          Rebecca Ann Solarz    on behalf of Creditor     GMAT Legal Title Trust 2013-1, U.S. Bank National  
           Association, as Legal Title Trustee rsolarz@kmllawgroup.com  
                                                                                                                                TOTAL: 9