# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:

Case No.: _____

Hearing Date: _____

Chapter: _____

Judge: _____

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable _____, United States Bankruptcy Judge.

**Reason for Hearing:** _____

_____

**Location of Hearing:**   Courtroom No. \_\_\_\_\_

_____

_____

_____

**Date and Time:**   _____, or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**   ❑ **ARE REQUIRED**   ❑ **ARE NOT REQUIRED**

DATE: _____     JEANNE A. NAUGHTON, Clerk

By: _____
Deputy Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on _____'""""""""""""""""' this notice was served on the following:

JEANNE A. NAUGHTON, Clerk

By: _____
Deputy Clerk

*rev.1/4/17*