**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re:<br><br>Christopher A. James | Case No.: 15-27925-MBK<br>Hearing Date:<br>Chapter: 13<br>Judge: MBK |

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable Michael B Kaplan, United States Bankruptcy Judge.

**Reason for Hearing:** Objection to creditors certification of default

**Location of Hearing:** Courtroom No. 8
USBC
402 East State Street
Trenton, New Jersey 08608

**Date and Time:** 9/11/19 @9:00am, or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:** ☒ ARE REQUIRED   ☐ ARE NOT REQUIRED

DATE: 08/12/19

JEANNE A. NAUGHTON, Clerk

By: Kathleen Feeley
Deputy Clerk

### CERTIFICATE OF MAILING

I HEREBY CERTIFY that on 08/12/19 this notice was served on the following: All Interested Parties

JEANNE A. NAUGHTON, Clerk

By: Kathleen Feeley
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:  
Christopher A. James  
Lillith James  
    Debtors

Case No. 15-27925-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Aug 12, 2019  
                 Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2019.
```
db/jdb       +Christopher A. James,    Lillith James,    222 Oliver Avenue,    Trenton, NJ 08618-2823
cr           +Specialized Servicing LLC, as servicing agent for,    C/O Buckley Madole, P.C.,
              99 Wood Avenue South, Suite 803,    Iselin, NJ 08830-2713
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2019                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2019 at the address(es) listed below:
```
              Albert   Russo    docs@russotrustee.com
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Candyce Ilene Smith-Sklar    on behalf of Debtor Christopher A. James mail@njpalaw.com,
               r56958@notify.bestcase.com
              Candyce Ilene Smith-Sklar    on behalf of Joint Debtor Lillith   James mail@njpalaw.com,
               r56958@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    Specialized Servicing LLC, as servicing agent for GMAT
               Legal Title Trust 2013-1, U.S. Bank National Association, as Legal Title Trustee
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    Specialized Servicing LLC, as servicing agent for
               GMAT Legal Title Trust 2013-1, U.S. Bank National Association, as Legal Title Trustee
               NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com
              Francesca Ann Arcure    on behalf of Creditor    SPECIALIZED LOAN SERVICING LLC
               NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com
              John R. Morton, Jr.    on behalf of Creditor    Credit Acceptance Corporation
               ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    GMAT Legal Title Trust 2013-1, U.S. Bank National
               Association, as Legal Title Trustee rsolarz@kmllawgroup.com
                                                                                              TOTAL: 9
```