Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  15−27925−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Christopher A. James          Lillith James
222 Oliver Avenue            222 Oliver Avenue
Trenton, NJ 08618            Trenton, NJ 08618

Social Security No.:
xxx−xx−5532                              xxx−xx−1443

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:        1/5/21
Time:        01:00 PM
Location:    Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

---

APPLICANT(S)
Candyce Ilene Smith−Sklar, Debtor's Attorney

COMMISSION OR FEES
FEES $3,400.00

EXPENSES
$0.00

---

If this is a chapter 13 case, the fees and expenses awarded:

☑      will not reduce the amount to be paid to general unsecured
         creditors under the plan.

☐      will reduce the amount to be paid to general unsecured
         creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: December 10, 2020

JAN:

Jeanne Naughton

Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                     Case No. 15-27925-MBK

Christopher A. James                                                                          Chapter 13

Lillith James

      Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-3                                User: admin                                                Page 1 of 3

Date Rcvd: Dec 10, 2020                      Form ID: 137                                          Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Christopher A. James, Lillith James, 222 Oliver Avenue, Trenton, NJ 08618-2823 |
| cr | + | SPECIALIZED LOAN SERVICING LLC, PO Box 9013, Addison, TX 75001-9013 |
| lm | + | Specialized Loan Servicing, POB 620188, Atlanta, GA 30362-2188 |
| cr | + | Specialized Servicing LLC, as servicing agent for, C/O Buckley Madole, P.C., 99 Wood Avenue South, Suite 803, Iselin, NJ 08830-2713 |
| 515753433 | + | A-1 Collection Agency, 101 Grovers Mill Road, Suite 303, Lawrence Township, NJ 08648-4706 |
| 515753437 | + | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 515753438 | + | GMAT Legal Title , US Bank National Ass, c/o Parker McCay P.A., 9000 Midlantic Drive, Suite 300, P.O. Box 5054, Mount Laurel, NJ 08054-5054 |
| 515753440 | + | Mercer Bucks Orthopaedics, PO Box 8095, Lancaster, PA 17604-8095 |
| 515753442 | + | Nighat Mirza MD, 1 Nami Lane Suite 9, Trenton, NJ 08619-1251 |
| 515753443 | + | Qual Ast Rec, 7 Foster Ave, Gibbsboro, NJ 08026-1191 |
| 515753444 | + | Quality Asset Recovery, 7 Foster Ave Ste 101, Gibbsboro, NJ 08026-1191 |
| 515753445 | + | Specialized Loan Servicing LLC(SLS), 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 515753446 | + | Transnatl, 1162 St Georges Av, Avenel, NJ 07001-1263 |
| 515943172 | + | U.S. Bank National Association, Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 10 2020 22:23:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 10 2020 22:23:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: ebnnotifications@creditacceptance.com | Dec 10 2020 22:22:00 | Credit Acceptance Corporation, 25505 West 12 Mile Road, Southfield, MI 48034 |
| 515753432 | + | Email/Text: bk.notices@a1collectionagency.com | Dec 10 2020 22:24:00 | A-1 Collection Agency, 715 Horizon Drive, Grand Junction, CO 81506-8700 |
| 515753434 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 10 2020 23:50:08 | Capital One, Attn: Bankruptcy, Po Box 71083, Charlotte, NC 28272-1083 |
| 515753435 | + | Email/Text: ebnnotifications@creditacceptance.com | Dec 10 2020 22:22:00 | Credit Acceptance, Attn: Bankruptcy Dept, 25505 West 12 Mile Rd Ste 3000, Southfield, MI 48034-8331 |
| 515753436 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 10 2020 22:22:00 | Department of the Treasury, Internal Revenue Service, PO Box 145566, Cincinnati, OH 45250-5566 |
| 515753441 | + | Email/Text: electronicbkydocs@nelnet.net | | |

District/off: 0312-3                          User: admin                                Page 2 of 3
Date Rcvd: Dec 10, 2020                       Form ID: 137                           Total Noticed: 25

|  |  | Dec 10 2020 22:23:00 | Nelnet Lns, 3015 S Parker Rd, Aurora, CO 80014-2904 |
| 516179848 | Email/PDF: rmscedi@recoverycorp.com |  |  |
|  |  | Dec 10 2020 23:42:34 | Orion, c/o of Recovery Management Systems Corp, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 515932770 | + Email/Text: JCAP_BNC_Notices@jcap.com |  |  |
|  |  | Dec 10 2020 22:23:00 | Premier Bankcard, LLC, c/ o Jefferson Capital Systems LLC, PO Box 7999, Saint Cloud MN 56302-7999 |
| 515753448 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com |  |  |
|  |  | Dec 10 2020 22:21:00 | Verizon, 500 Technology Dr Ste 30, Weldon Spring, MO 63304-2225 |

TOTAL: 11

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 515753439 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, 955 South Springfield Avenue, Springfield, NJ 07081 |
| 515990613 | * | IRS, POB 7346, Philadelphia, PA 19101-7346 |
| 516048838 | * | IRS, POB 7346, Philadelphia, PA 19101-7346 |
| 515893389 | * | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 515778041 | * | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 517959020 | *+ | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 515753447 | ##+ | Trident Asset Manageme, 53 Perimeter Ctr E Ste 4, Atlanta, GA 30346-2230 |

TOTAL: 0 Undeliverable, 6 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2020                     Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Candyce Ilene Smith-Sklar | on behalf of Debtor Christopher A. James mail@njpalaw.com  r56958@notify.bestcase.com |
| Candyce Ilene Smith-Sklar | on behalf of Joint Debtor Lillith James mail@njpalaw.com  r56958@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Specialized Servicing LLC  as servicing agent for GMAT Legal Title Trust 2013-1, U.S. Bank National Association, as Legal Title Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |

District/off: 0312-3                                    User: admin                                    Page 3 of 3
Date Rcvd: Dec 10, 2020                              Form ID: 137                                  Total Noticed: 25

Francesca Ann Arcure

on behalf of Creditor Specialized Servicing LLC  as servicing agent for GMAT Legal Title Trust 2013-1, U.S. Bank National
Association, as Legal Title Trustee NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com

Francesca Ann Arcure

on behalf of Creditor SPECIALIZED LOAN SERVICING LLC NJ_ECF_Notices@McCalla.com
NJ_ECF_Notices@McCalla.com

John R. Morton, Jr.

on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Rebecca Ann Solarz

on behalf of Creditor GMAT Legal Title Trust 2013-1  U.S. Bank National Association, as Legal Title Trustee
rsolarz@kmllawgroup.com


TOTAL: 9