Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 15−27925−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Christopher A. James　　　　　　　　　　　　Lillith James
222 Oliver Avenue　　　　　　　　　　　　　　222 Oliver Avenue
Trenton, NJ 08618　　　　　　　　　　　　　　Trenton, NJ 08618

Social Security No.:
　xxx−xx−5532　　　　　　　　　　　　　　　　xxx−xx−1443

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on January 17, 2017.

On January 12, 2021 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:　　　　　　　February 16, 2021
Time:　　　　　　　10:00 AM
Location:　　　　　Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1.　Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2.　Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3.　**If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: January 12, 2021
JAN: pbf

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Jeanne Naughton
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Christopher A. James  
Lillith James  
    Debtors

Case No. 15-27925-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Jan 12, 2021      Form ID: 185      Total Noticed: 27

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Christopher A. James, Lillith James, 222 Oliver Avenue, Trenton, NJ 08618-2823 |
| cr | + | SPECIALIZED LOAN SERVICING LLC, PO Box 9013, Addison, TX 75001-9013 |
| lm | + | Specialized Loan Servicing, POB 620188, Atlanta, GA 30362-2188 |
| cr | + | Specialized Servicing LLC, as servicing agent for, C/O Buckley Madole, P.C., 99 Wood Avenue South, Suite 803, Iselin, NJ 08830-2713 |
| 515753433 | + | A-1 Collection Agency, 101 Grovers Mill Road, Suite 303, Lawrence Township, NJ 08648-4706 |
| 515753437 | + | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 515753438 | + | GMAT Legal Title , US Bank National Ass, c/o Parker McCay P.A., 9000 Midlantic Drive, Suite 300, P.O. Box 5054, Mount Laurel, NJ 08054-5054 |
| 515753440 | + | Mercer Bucks Orthopaedics, PO Box 8095, Lancaster, PA 17604-8095 |
| 515753442 | + | Nighat Mirza MD, 1 Nami Lane Suite 9, Trenton, NJ 08619-1251 |
| 515753443 | + | Qual Ast Rec, 7 Foster Ave, Gibbsboro, NJ 08026-1191 |
| 515753444 | + | Quality Asset Recovery, 7 Foster Ave Ste 101, Gibbsboro, NJ 08026-1191 |
| 519068551 | + | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 519068552 | + | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111, Specialized Loan Servicing LLC, 6200 S. Quebec St. Greenwood Village, Colorado 80111-4720 |
| 515753445 | + | Specialized Loan Servicing LLC(SLS), 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 515753446 | + | Transnatl, 1162 St Georges Av, Avenel, NJ 07001-1263 |
| 515943172 | + | U.S. Bank National Association, Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 12 2021 21:32:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 12 2021 21:32:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: ebnnotifications@creditacceptance.com | Jan 12 2021 21:30:00 | Credit Acceptance Corporation, 25505 West 12 Mile Road, Southfield, MI 48034 |
| 515753432 | + | Email/Text: bk.notices@a1collectionagency.com | Jan 12 2021 21:33:00 | A-1 Collection Agency, 715 Horizon Drive, Grand Junction, CO 81506-8700 |
| 515753434 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 12 2021 22:32:02 | Capital One, Attn: Bankruptcy, Po Box 71083, Charlotte, NC 28272-1083 |
| 515753435 | + | Email/Text: ebnnotifications@creditacceptance.com | Jan 12 2021 21:30:00 | Credit Acceptance, Attn: Bankruptcy Dept, 25505 West 12 Mile Rd Ste 3000, Southfield, MI 48034-8331 |
| 515753436 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | | |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jan 12 2021 21:31:00 | Departement of the Treasury, Internal Revenue Service, PO Box 145566, Cincinnati, OH 45250-5566 |
| 515753441 | + | Email/Text: electronicbkydocs@nelnet.net | Jan 12 2021 21:32:00 | Nelnet Lns, 3015 S Parker Rd, Aurora, CO 80014-2904 |
| 516179848 | | Email/PDF: rmscedi@recoverycorp.com | Jan 12 2021 22:32:55 | Orion, c/o of Recovery Management Systems Corp, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 515932770 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 12 2021 21:32:00 | Premier Bankcard, LLC, c/ o Jefferson Capital Systems LLC, PO Box 7999, Saint Cloud MN 56302-7999 |
| 515753448 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 12 2021 21:30:00 | Verizon, 500 Technology Dr Ste 30, Weldon Spring, MO 63304-2225 |

TOTAL: 11

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 515753439 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, 955 South Springfield Avenue, Springfield, NJ 07081 |
| 515990613 | * | IRS, POB 7346, Philadelphia, PA 19101-7346 |
| 516048838 | * | IRS, POB 7346, Philadelphia, PA 19101-7346 |
| 515893389 | * | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 515778041 | * | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 517959020 | *+ | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 515753447 | ##+ | Trident Asset Manageme, 53 Perimeter Ctr E Ste 4, Atlanta, GA 30346-2230 |

TOTAL: 0 Undeliverable, 6 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 14, 2021     Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Candyce Ilene Smith-Sklar | on behalf of Debtor Christopher A. James mail@njpalaw.com r56958@notify.bestcase.com |
| Candyce Ilene Smith-Sklar | |

on behalf of Joint Debtor Lillith James mail@njpalaw.com r56958@notify.bestcase.com

Denise E. Carlon

on behalf of Creditor Specialized Servicing LLC as servicing agent for GMAT Legal Title Trust 2013-1, U.S. Bank National Association, as Legal Title Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Francesca Ann Arcure

on behalf of Creditor Specialized Servicing LLC as servicing agent for GMAT Legal Title Trust 2013-1, U.S. Bank National Association, as Legal Title Trustee NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com

Francesca Ann Arcure

on behalf of Creditor SPECIALIZED LOAN SERVICING LLC NJ_ECF_Notices@McCalla.com NJ_ECF_Notices@McCalla.com

John R. Morton, Jr.

on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com

Rebecca Ann Solarz

on behalf of Creditor GMAT Legal Title Trust 2013-1 U.S. Bank National Association, as Legal Title Trustee rsolarz@kmllawgroup.com

TOTAL: 9