Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  15–27925–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Christopher A. James                     Lillith James
222 Oliver Avenue                        222 Oliver Avenue
Trenton, NJ 08618                        Trenton, NJ 08618

Social Security No.:
xxx–xx–5532                              xxx–xx–1443

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 1/25/23 at 09:00 AM

to consider and act upon the following:

*120* – Creditor's Certification of Default (related document:82 Order (Generic)) filed by Jonathan C. Schwalb on behalf of Fay Servicing, LLC as servicer for NWL Company, LLC. Objection deadline is 12/29/2022. (Attachments: # 1 Exhibit A. # 2 Proposed Order # 3 Certificate of Service) (Schwalb, Jonathan)

Dated: 12/28/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court