UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re:<br>Lillith James | Case No.: 15-27925 |
|---|---|
| | Judge: MBK |
| | Chapter: 13 |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____Lillith James_____, debtor in the above captioned case request the Court issue a discharge on my behalf. As such I hereby certify as follows:

1. All payments required to be made by me to the standing trustee under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations, or

   ☐ I am required to pay domestic support obligations, and have paid all amounts payable under court order or statute that were due on or before the date of this certification, or

   ☐ I am required to pay domestic support obligations, but have not paid all amounts due pursuant to court order or statute as of the date of this certification.

3. My current address is: 3615 Full Moon Avenue, Charlotte NC 28262

4. The name and address of my current employer is (enter NONE if not currently employed):
   Walt-Mart
   702 S W 8th Street, 4574
   Bentonville, AR 72716

I certify under penalty of perjury that the foregoing is true and correct.

Date: 12/28/2022          /s/Lillith James  *Lillith James*
                          Debtor's Signature

**NOTE: Each debtor in a joint case must file separate Certifications in Support of Discharge.**

*Rev. 1/1/08*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re:<br>Christopher A. James | Case No.: | 15-27925 |
|---|---|---|
| | Judge: | MBK |
| | Chapter: | 13 |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____Christopher A. James_____, debtor in the above captioned case request the Court issue a discharge on my behalf. As such I hereby certify as follows:

1. All payments required to be made by me to the standing trustee under my plan have been made and are paid in full.

2. ☒ I am not required to pay domestic support obligations, or

   ☐ I am required to pay domestic support obligations, and have paid all amounts payable under court order or statute that were due on or before the date of this certification, or

   ☐ I am required to pay domestic support obligations, but have not paid all amounts due pursuant to court order or statute as of the date of this certification.

3. My current address is: 222 Oliver Ave, Trenton NJ 08618

4. The name and address of my current employer is (enter NONE if not currently employed):
   Self-employ

I certify under penalty of perjury that the foregoing is true and correct.

Date: 12/28/2022                    /s/Christopher A James
                                    Debtor's Signature

**NOTE: Each debtor in a joint case must file separate Certifications in Support of Discharge.**

*Rev. 1/1/08*